THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN SMITH, Appellant. [818 NYS2d 486]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 24, 1990 (People v Smith, 168 AD2d 653 [1990]), affirming a judgment of the Supreme Court, Kings County, rendered October 15, 1987.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v UNIQUA SMITH, Appellant. [818 NYS2d 486]—Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered September 14, 2004, convicting her of murder in the second degree and endangering the welfare of a child, after a nonjury trial, and imposing sentence. The appeal brings up for review the denial, after a hearing (Molea, J.), of that branch of the defendant's omnibus motion which was to suppress her statements to law enforcement officials.

Ordered that the judgment is affirmed.

Under the circumstances of this case, there was no error denying suppression of certain incriminating statements that the defendant made to certain police officers and detectives (*see People v Neulist,* 43 AD2d 150, 154 [1973]).

The defendant's challenges to the legal sufficiency of the evidence are unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 19-20 [1995]), and we decline to review them in the interest of justice.

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]).

The defendant's remaining contentions are without merit. Miller, J.P., Ritter, Goldstein and Lunn, JJ., concur.